# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **KENNETH MITCHELL** | **CIVIL ACTION NO. 18-1572** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **DARREL VANNOY** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Kenneth Mitchell's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 7th day of February, 2019.

_____
Terry A. Doughty
United States District Judge